UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at CHATTANOOGA

UNITED STATES OF AMERICA            )
                                    )
                                    )
                                    )          Case No. 1:09-CR-35
v.                                  )          COLLIER / LEE
                                    )
                                    )
ROBERT L. MILLER                    )
                                    )

## O R D E R

Magistrate Judge Susan K. Lee filed a report and recommendation recommending the Court:

(1) grant Defendant's motion to withdraw his not guilty plea to Count One of the three-count

indictment (2) accept Defendant's plea of guilty to Count One of the Indictment; (3) adjudicate

Defendant guilty of the charges set forth in Count One of the Indictment; (4) defer a decision on

whether to accept the plea agreement until sentencing; and (5) find Defendant shall remain in

custody until sentencing in this matter [Doc. 16]. Neither party filed a timely objection to the report

and recommendation. After reviewing the record, the Court agrees with the magistrate judge's

report and recommendation. Accordingly, the Court **ACCEPTS** and **ADOPTS** the magistrate

judge's report and recommendation [Doc. 16] pursuant to 28 U.S.C. § 636(b)(1) and **ORDERS** as

follows:

(1)     Defendant's motion to withdraw his not guilty plea to Count One of the Indictment

        is **GRANTED**;

(2)     Defendant's plea of guilty to Count One of the Indictment is **ACCEPTED**;

(3)     Defendant is hereby **ADJUDGED** guilty of the charges set forth in Count One of the Indictment;

(4)     A decision on whether to accept the plea agreement is **DEFERRED** until sentencing; and

(4)     Defendant **SHALL REMAIN** in custody until sentencing in this matter which is scheduled to take place on **Thursday August 20, 2009 at 9:00 a.m.** before the Honorable Curtis L. Collier.

**SO ORDERED.**

**ENTER:**

**/s/**_____
**CURTIS L. COLLIER**
**CHIEF UNITED STATES DISTRICT JUDGE**

2